**CRIMINAL CAUSE FOR MOTION HEARING**

**BEFORE JUDGE: HURLEY, J.   DATE: MAY 19, 2005         TIME: 3:00- 3:30**

**DOCKET NUMBER: CR-04-0305           TITLE: USA  V.  SORIANO CAPISTRANO**

**DEFT. NAME: CESAR SORIANO CAPISTRANO                DFT. #:   1**
**     X   PRESENT, ___ NOT PRESENT, ___ IN CUSTODY,  X   ON BAIL**

**ATTY FOR DEFT.:  CHARLES HOCKBAUM                         CJA**
**     X   PRESENT, ___ NOT PRESENT                          X   RET**
**                                                           ___ PDA**

**A.U.S.A.: MARK LESKO            DEPUTY CLERK:   TRISH BEST**

**COURT REPORTER(S) OR ESR OPERATOR:   PERRY AUERBACH**

**INTERPRETER(S):**
**PROBATION OFFICER:**

**X   CASE CALLED.**

**X   MOTION CONFERENCE HELD ON  DEFENDANT'S   MOTION  TO DISMISS THE INDICTMENT FOR IMPROPER VENUE.**

**X   ARGUMENTS HEARD   X   MOTION GRANTED.  ___ MOTION DENIED. ___ DECISION   RESERVED.**

**X   DECISION ENTERED INTO THE RECORD.**

**THE GOVERNMENT DOES NOT OBJECT TO DEFENDANT'S MOTION TO DISMISS AND CONCEDES THAT VENUE IS IMPROPER.**

**THE COURT ORDERS THE INDICTMENT DISMISSED WITHOUT PREJUDICE AND THE CLERK IS DIRECTED TO CLOSE THIS CASE.**